No. 179, Misc. SHAW *v.* UNITED STATES. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *De Long Harris, B. Dabney Fox* and *William Beasley Harris* for petitioner. *Acting Solicitor General Stern, Assistant Attorney General Olney, Beatrice Rosenberg* and *Felicia Dubrovsky* for the United States.

No. 243, Misc. BROWN *v.* JENSEN. Supreme Court of California. Certiorari denied.

No. 255, Misc. SMALL *v.* HANN. Supreme Court of Nebraska. Certiorari denied. Petitioner *pro se. Clarence S. Beck,* Attorney General of Nebraska, and *Dean G. Kratz,* Assistant Attorney General, for respondent.

No. 266, Misc. WELDON *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 273, Misc. STAFFORD *v.* SUPERIOR COURT OF THE STATE OF CALIFORNIA, IN AND FOR THE COUNTY OF LOS ANGELES. Petition for writ of certiorari to the Superior Court of California, in and for the County of Los Angeles, denied.